IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sanders, Charmaine D

Printed: 7/29/08

Case Number: 05 B 31664
Judge: Goldgar, A. Benjamin
Filed: 8/11/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 17, 2008
Confirmed: September 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,000.00 |  |
| Secured: |  | 4,979.60 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,594.00 |
| Trustee Fee: |  | 426.40 |
| Other Funds: |  | 0.00 |
| Totals: | 8,000.00 | 8,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 2,594.00 | 2,594.00 |
| 2. | National Capital Management | Secured | 11,254.46 | 4,979.60 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 92.00 | 0.00 |
| 4. | Mazda American Credit | Unsecured | 946.27 | 0.00 |
| 5. | OSI Collection Svc Inc | Unsecured | 94.69 | 0.00 |
| 6. | National Capital Management | Unsecured | 99.66 | 0.00 |
| 7. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 8. | City of Country Club Hills | Unsecured |  | No Claim Filed |
| 9. | One Iron Ventures | Unsecured |  | No Claim Filed |
| 10. | Sherman Acquisition | Unsecured |  | No Claim Filed |
| 11. | U S Cash LLC | Unsecured |  | No Claim Filed |
| 12. | South Suburban Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,081.08 | $ 7,573.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 132.00 |
| 5% | 30.00 |
| 4.8% | 115.20 |
| 5.4% | 97.20 |
| 6.5% | 52.00 |
|  | $ 426.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Sanders, Charmaine D | Case Number:  05 B 31664 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  7/29/08 | Filed:  8/11/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

